I want you to know what a Special man Pete is, not just because he is my son. We are a really close knit family. We work together on our homes, Pete is our leader. We all did Tammy's house, it was really old farm house, now it is a really cool farm house. He helped Shelbee to get her old house ready for her Daycare. If I need him he comes (sometimes I need a lot)! He got Roofers to fix my roof leaks. He got a water heater and put it in for me on a Saturday. He helped me a lot when his stepfather was having health problems. He has many friends, he's fun & funny! He will help anyone who needs him. He is a great Son, Father, Grandpa & Husband. He Takes really good care of me. I love him and need him! Please don't put him jail! I am 81 and need him. Thank you.

Evelyn Adams
(his mom)