John Jacobson

425 2nd ST SE Suite 803

Cedar Rapids, Ia. 52401

To Whom It May Concern,

In Re: Leland Blue

I am Tammy Winter, sister of Pete Blue. He has always had my back thru thick and thin. Pete is the type of guy who would give you the shirt off his back if you needed!

We recently remodeled our house and if not for his know how we never would have been able to do it. He didn't receive any monetary compensation for helping us. He said he wanted to see if he had enough know how to do the job right. And boy he did an awesome job!!!!

Pete has been there for our kids and us. He recently helped our daughters move and did some remodeling for them. Again no compensation, just knowing he did a good job!!!!

He has worked his way up the ladder at Lynch Livestock for over 30 years. Pete always gives 100% in whatever he does.

When you need something done you can tell him and forget about it. It will be done. He always follows thru.

His grandkids are his pride and joy! He lives for the time he gets to spend with them. "Grandpa" does whatever they ask within reason!!!

He is a good husband and provider for his wife Sue. Sue handles all the money. His motto is as long as the bills are paid he is happy.

Pete calls his parents 2 to 3 times a week just to touch base with them. Makes sure everything is going ok with them. He is especially close to his mom.

Pete has a great sense of humor and doesn't get upset about the little things.

In the summer we spend a lot of time camping, kayaking and having a bonfire. It's how we all relax at the end of the week.

Without my brother I would truly be lost. We have shared a lot of life's ups and downs with one another through the years. There isn't a better person that I could ask for to have my back! He is truly a good person!!!

Sincerely Yours,

Tammy Winter

Tammy Winter