Oct. 25, 2022

Mr Jackson

I'm Petes (Lees) Aunt so I've been around him all his life. Pete has very strong family values & work values. He is a very caring, good, & responsible person. He would be there for his family & friends if they needed him, he is just a phone call away. He is a very upstanding guy in all what he does. All who know Pete - know they can count on him to be there for them.

Thank-you

(Aunt) Marilyn Harmening