November 2, 2022

John Jacobson

425 2nd Street SE Suite 803

Cedar Rapids, Iowa 52401

To Whom this May Concern:

RE: Leland (Pete) Blue

I have known Pete for approximately 33 years. I met him when I started my job at Lynch Livestock. After several years of employment, I took a position as the payroll manager being responsible for correct employee payments, filing withholding, etc. While in this position, I worked closer with Pete. Whenever an employee had an incomplete time card or incomplete time off sheet, Pete would be my go-to person. The employee many times was not in his department, but Pete always took the initiative to see that the issue got resolved resulting in the employee receiving their correct payments and making my job much easier.

I also know that Pete is very involved with his grandsons. He and his wife frequently take their grandsons, hiking, camping, and various other activities. These boys are a huge part of Pete's life.

Pete also has helped people in the community with carpenter work, always willing to help others when needed. He takes much pride in his accomplishments.

Thank you for your time to this matter.

Sincerely,

Gail Carolan

Gail Carolan