November 2, 2022

Mr. John Jacobson
425 2nd St SE
Suite 803
Cedar Rapids IA 52401

In re: Leland (Pete) Blue

I have personally known Pete for over 40 years and am happy to write a letter of support for him.

Pete is a hard working, caring individual who is committed to his family, his community and his job.

I raise funds for several local organizations such as cancer, veterans and our local Historical Society. Pete has always supported my fund raising efforts by his donations.

Pete is a member of the Waucoma Cemetery Board and gives of his time whenever any project is needed at the local cemetery.

The greatest compliment I can give to Pete is for his commitment to his family. He recently helped his niece remodel a house in Waucoma for her daycare business. Waucoma and the surrounding area had a great need for a local daycare and Pete helped make this a reality.

I am happy to write this character letter for Pete because I truly believe he is a very hard working, dedicated person with a heart of gold.

Sincerely,
Norma Hackman
Norma Hackman
290th St
Waucoma IA 52171