Shirley Hegseth
1st Ave NE
Waucoma, Ia. 52171

October 28, 2022

John Jacobson
425 2nd St. SE Suite 803
Cedar Rapids, Ia. 52401

To Whom It May Concern:

In Re: Leland (Pete) Blue

I have known Pete since 1979 when we moved to Waucoma, a tight knit family oriented community in Northeast Iowa

I was working at Lynchs when Pete started. He was well liked and quickly became a part of the close employee family. He was always welcoming to new employees and would take the time to help others succeed. When he moved into the office, all the book-keeping staff would go to Pete with any questions or concerns they might have regarding the livestock side of the business because he was patient and helpful.

In December 2008, my husband and I moved to a new house in town and we didn't have any help. Pete came to my office and said he and his wife and his sister and her husband would be at our house and help us. They worked all day until we were relocated.

I and my husband have been on the local cemetery board and Pete had offered to help whenever we needed it. Just recently he came with volunteers to help cut up a tree that had fallen. We can always count on him!

I have always been impressed with Pete's devotion and love of his family. He checks on his parents and In-laws and helps them with whatever is needed. He loves spending time with his wife and grandsons. They enjoy camping and visiting local sites of interest in Iowa.

Thank-you for your attention to this matter.

Sincerely,

Shirley Hegseth

Shirley Hegseth