November 6, 2022

John Jacobson

425 2nd Street SE. Suite 803

Cedar Rapids, Iowa 52401

To Whom this May Concern:

RE: Leland (Pete) Blue

I have known Pete all my life as we grew up next door neighbors. We spent time together through high school and remain good friends yet today. I know Pete to be an honest man.

We attended each other's weddings and gatherings throughout the years.

In the past we have worked on repairing cars together even though he is a Chevy man, and I am a Ford man.

I know his family is very important to him as he continually checks on his elderly parents throughout the week as well as always being available to lend a helping hand to his sister and her family.

He and his wife are very active with their grandsons. They take the boys to movies, out to eat, and attend their school activities.

Thank you,

Steve Baumler

Steve Baumler