IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) 22-CR-2042
)
LELAND BLUE, )
)
Defendant. )

APPEARANCES:

ATTORNEY TIMOTHY LAWRENCE VAVRICEK, U.S. Attorney's Office, 111 Seventh Avenue S.E., Box 1, Cedar Rapids, Iowa 52401, appeared on behalf of the United States.

ATTORNEY JOHN DENNIS JACOBSEN, Jacobsen, Johnson & Wiezorek, 425 Second Street S.E., Suite 803, Cedar Rapids, Iowa 52401, appeared on behalf of the Defendant.

SENTENCING HEARING,

HELD BEFORE THE HON. C.J. WILLIAMS,

on the 13th day of January, 2023, at 111 Seventh Avenue S.E., Cedar Rapids, Iowa, commencing at 1:57 p.m., and reported by Patrice A. Murray, Certified Shorthand Reporter, using machine shorthand.

Transcript Ordered: 1/26/23
Transcript Completed: 1/31/23

Patrice A. Murray, CSR, RMR, FCRR
Court Reporter
PO Box 10541
Cedar Rapids, Iowa 52410
PAMurrayReporting@gmail.com

***Contact Patrice Murray at PAMurrayReporting@gmail.com for a complete copy of the transcript.***

(The following proceedings were held in open court.)

THE COURT: The matter now before the Court is the United States of America versus Leland Blue, case number 22-CR-2042. This matter comes on for a sentencing hearing. The United States is represented by Assistant United States Attorney Tim Vavricek. The defendant is personally present and represented by defense attorney John Jacobsen. Participating by telephone is United States Probation Officer Nathan VanderMolen. He authored the presentence investigation report filed at document number 19 in the court's file.

On July 28, 2022, the defendant pled guilty to Count 1 of a one-count criminal information charging him with conspiracy to defraud the United States. This was in violation of Title 18 United States Code Section 371.

By statute, that crime is punishable by up to 5 years in prison without the possibility of parole. After the defendant has served his prison sentence, the Court can place him on a term of supervised release for up to 3 years. Probation is an option. And were the Court to impose probation, it would be for a term of 1 to 5 years. The Court can impose a fine of up to $250,000. And the Court must impose a mandatory special assessment of $100.

Mr. Vavricek, on behalf of the United States, have

you had a full and fair opportunity to review this presentence report?

MR. VAVRICEK: Yes, Your Honor.

THE COURT: Does the government have any objections to the calculation of the advisory guidelines or anything else in this report?

MR. VAVRICEK: No, Your Honor.

THE COURT: Thank you.

Mr. Jacobsen, on behalf of Mr. Blue, have you and your client had a full and fair opportunity to review this report?

MR. JACOBSEN: We have, Your Honor.

THE COURT: I noted the defendant had some objections. At paragraphs 8, 16, 17, 29, and 32 of the presentence report, that was portions of the offense conduct section, and he had some clarifications or corrections to some portions of the narrative in there. Were those the only objections and clarifications Mr. Blue had to this presentence report?

MR. JACOBSEN: Correct, Your Honor.

THE COURT: Could you make a brief record of how you went through this report with your client?

MR. JACOBSEN: Surely, Your Honor. Prior to, I was provided the worksheets and packets from the probation office. I met with Pete, and we went through

those. I tried to assist as much as possible in drafting of those for the content so that the reports provided to the Court are accurate and complete. We conducted the telephone interview; I participated in that. On September 28th of this last year, I provided my client a copy of the draft report. We've then filed -- after discussing that report and what clarifications, amendments, notations to make, we then filed the objections, notations, and commentary, as the Court noted. Upon entry of the final presentence report and the sentencing worksheet, I provided a copy of that to Mr. Blue.

THE COURT: Thank you, Mr. Jacobsen.

Mr. Blue, did you have an opportunity then to go through this report on your own, sir?

THE DEFENDANT: Yes, I did, Your Honor.

THE COURT: And have you had sufficient time to discuss this report with Mr. Jacobsen?

THE DEFENDANT: Yes.

THE COURT: Has he been able to answer any questions you've had about this report?

THE DEFENDANT: Yes.

THE COURT: Do you have any questions today about this presentence report?

THE DEFENDANT: Nope.

THE COURT: All right. Let's turn then first to the calculation of the advisory guidelines as determined by the probation office. That calculation begins on page 13. At paragraph 41, the probation office assessed the defendant with a base offense level of 12. This was under guideline section 2C1.1(a)(2).

The defendant pled guilty to this offense, and so the probation office awarded him with a 2-level reduction for acceptance of responsibility under guideline section 3E1.1(a). That gives us a total offense level of 10.

The defendant has no criminal history points -- no criminal history, scored no criminal history points, and remains in criminal history category I. So with a total offense level of 10, criminal history category I, the advisory guideline range of imprisonment would be 6 to 12 months.

In preparation for today's hearing, I have reviewed in detail, of course, this presentence investigation report. I've also reviewed the pleadings filed by the parties. In this case, there's only one, at document number 21, and they were letters of support submitted by the defense. There are seven of those.

Mr. Vavricek, have I identified all the relevant pleadings, documents, and exhibits pertinent to today's hearing?

MR. VAVRICEK: Yes, Your Honor.

THE COURT: And, Mr. Jacobsen, do you agree?

MR. JACOBSEN: Yes, Your Honor. Thank you for noting those letters of support that I filed.

THE COURT: Thank you. And I have reviewed each of those in preparation for today's hearing.

There are no contested issues for this Court to decide. There is a matter I need to take up with the parties though on a sealed record. And unfortunately, I have a probation officer who is participating by phone. What that means, I'm afraid, is I'm going to have to ask everybody, except court personnel, to leave the courtroom temporarily while I take up this matter with the parties, and we'll invite you back into the courtroom just as soon as we can.

* * * * *

(A sealed record was made with the Court.)

* * * * *

(The following was held in open court.)

THE COURT: All right. There are no contested guideline issues that the Court needs to address here. The only question is the ultimate sentence to be imposed. So I will hear first from the government regarding the sentence that it believes is appropriate, and then I'll hear from Mr. Jacobsen, and then I'll hear from Mr. Blue,

if he wishes to say anything to me, and then I will impose sentence.

So, Mr. Vavricek, I'm happy to hear from you first.

MR. VAVRICEK: Thank you, Your Honor. I will be brief. The government in this case, after its evaluation of the 3553(a) factors, would request a sentence of probation for this defendant. We would defer to the Court on the term of the probation.

The defendant was a manager at this company, and for a time and to a certain extent participated in a scheme to defraud the livestock producers. As best we can tell, he did not have a leadership role in it, but he was a member of management, and it is a serious offense for which he is being held accountable here.

Unless the Court has any questions, that would be our recommendation. Thank you.

THE COURT: Thank you.

Mr. Jacobsen.

MR. JACOBSEN: Thank you, Your Honor. We too seek and request a sentence of probation. As I look through and consider the 3553(a) factors, and in consideration of the final presentence report, we have a conspiracy to defraud the United States, my client altering inventory sheets, classification weights for hogs. Really, Mr. Blue's portion of this is that he's

data entry and organization, figuring out which loads of hogs go where, to what supplier, so on and so forth. As the presentence report indicates, my client reported to Mr. Demaray and Charlie Lynch. I think of note is that my client, there was no bonuses, there was no financial gain for him, other than my client was -- continued to maintain his job at Lynch Livestock, at which he began way back in 1984 out on the floors.

As for the history and characteristics, my client is 60. He has a high school education. That's at paragraph 70. He has some post secondary education and skills at paragraphs 71 and 72. He is a lifelong resident of Northeast Iowa. He is married to Sue, who is here. And, again, I think of note -- and one of the things that Pete and I talked about -- is his great relationship with his stepson, discussed then at paragraph 61.

As the Court can see, we have a plethora of folks here today in support of Pete. And the letters of support I think bear witness to the sort of character that he has. He's a hard-working person. He loves his family, and he cares about his community. And that's not just his own nuclear family. Some of the descriptions there of the things that Pete went out of his way to do to help others should be noted and lauded. Again, the letters of support.

My client has some medical history and ongoing medical needs. He has addressed those during his, and continues to address that, during his period of pretrial supervision. Limited alcohol use at paragraph 68. No drug use, but for between potentially the ages of 18 to 21 years old, paragraph 69, with marijuana. Absolutely no criminal history at paragraph 51. No youthful infractions against the law at 50. And he has always, always been employed at paragraph 74.

My client pays his debts. He saves for his retirement. He has had excellent participation and compliance in supervision. As always, when I have these moments, I understand the Court expects folks to do well on pretrial supervision or they would not have given them that opportunity. But I think it speaks well of Pete in that during this entire time, he has remained in all aspects in compliance with those supervision requirements.

Your Honor, we believe that probation is appropriate. This is the sort of person that is deserving, that has earned the ability to have the option of probation. His historical actions indicate that, and I believe it bears out. Certainly, we do not discount the unlawful actions of which he engaged in. But I think for some folks the mark on their name may not be as

impactful, but certainly I think for my client that weighs heavy upon him. It weighs heavy upon his family and those who care about him. And so when we think of larger cases or differing sorts of cases, that may not be such a dramatic thing because it's a standard way of life for those folks, but for my client, it's not. He's now a felon, has lost the right to vote, to hold public office, to serve on a jury; certainly things that will infringe him as he moves forward.

He is at his heart, Your Honor, I believe a genuinely good person. I've enjoyed my conversations with him. I have willingly given Pete my phone number because he respects the idea that that's to be used for good purposes and lawful purposes and useful purposes. He cares for his parents. He cares about his family.

All we're asking for, Your Honor, is an opportunity for him to succeed. I have absolute faith that I won't have to ever think about Pete Blue again. This Court won't. Probation won't. And he will be in all ways compliant with their recommendations and directives.

Thank you, Your Honor.

THE COURT: Thank you.

Mr. Blue, this is the time in the hearing when you have an opportunity to speak to me directly, to tell me anything you'd like me to take into account in

determining your sentence. And, of course, you don't have to say anything. And if you choose not to say anything, I won't hold that against you in any way. But if there is anything you would like to say, now is the time to do so.

THE DEFENDANT: I would like to, Your Honor. And due to nerves, can I remain seated?

THE COURT: Oh, by all means, yes.

THE DEFENDANT: I'd like to start by thanking my family and friends who are here today on my behalf. Those of you that wrote letters on my behalf, your support means a lot to me. Thank you for everything you've done in the past and the future to help me. You didn't ask for any of this. It was my actions that led you here today. For your love and support, I am forever grateful.

A special thank you to my wife, Sue. I love you and appreciate everything you have done for me. Your support has helped me more than you'll ever know.

Your Honor, I know what I did was wrong. It was illegal. I'm very sorry for the people that were taken advantage of. The hard work, the long hours, the sacrifices they made, the time away from the people that they love and love them, the loss of money they had, I'll be sorry for that for the rest of my life. I cannot deny

my involvement, and I acknowledge my wrong now, as I did in my plea deal to this Court.

Your Honor, I've worked for Lynch Livestock since 1984, started as a grunt out in the -- on the day shift, and worked all kinds of jobs since then. Lynch Livestock has been a big part of my life, and at this time I still work there. I will do everything in my power to ensure that Lynch stands for something better than what these cases portray. I cannot do it alone, but I will not allow myself, my morals, to be compromised again.

I am sure people are wondering why I did this, why I was part of this. I did not get any bonuses or any benefit from this. What I did get was to keep my job, Your Honor. I am not the smartest guy. School was a struggle for me. We live in Northeast Iowa, and Lynch is a big part of the identity of our part of Iowa. I went along with this terrible, indefensible idea because I needed to keep my job. I wanted to keep my job. Did I make a dumb choice, to save myself, above what was right? I did. I cannot change what is in the past, but I promise to you and everyone here today that I will live my life from this day forward lawfully. I'll do the best I can to make amends in the community and with my family and friends.

Since all of this arrived on my doorstep, I have

done as directed and requested, met with probation, kept those folks in the loop of my comings and goings, my doctor's appointments for my health and myself -- my health and welfare, and made sure the way I show myself is the way I present myself each day.

If given the opportunity to stay in the community, the Court, the government, and the support system will not be let down. I will be the best person that I can be. This has certainly been a time in my life that I would not wish upon anyone. But from this, I have grown. I have a greater appreciation for life, for those I love, and my freedom. I'll never forget this lesson of my own creation. I simply ask for an opportunity to continue in what has been a very good law-abiding life. This is my one screw up. It will not be repeated.

Again, thank you to my wife, to my family, to my friends, for your support. It's been an incredible show of love and support. I owe you my humble gratitude.

Thank you, Your Honor, for taking a moment to listen to me and what I have to say. It comes from the heart and soul, as a good person who can only now ask for forgiveness and prove my value by moving forward in a positive manner.

To those who I've wronged for this -- for my part in this, my sincere apologies for my selfish actions. My

words will not pay -- put money in their pocket or food on their table, but I start with these words and my actions to make amends. Thank you.

THE COURT: Thank you, Mr. Blue.

In arriving at a sentence that is sufficient but not greater than necessary to achieve the goals of sentencing, I have considered all the factors at Title 18 United States Code Section 3553(a), even if I do not mention each of them in my comments here.

Turning first to the offense conduct, what we have here is a company that at some point for some reason in its history -- I can't believe it started off this way -- so at some point in its history it developed a culture and adopted a practice of cheating other people. Certainly, it appears that this Mr. Demaray was a huge contributing factor to that, and maybe he was the triggering factor in the development of that fraudulent and cheating culture in the -- in the company. Perhaps it began before him, and he just took advantage of recognizing that this is the kind of company he could do that. The reality is, in pretty much every job out there, if we work hard enough at it, we can find a way to cheat other people. We can do it in small ways. We can do it in hidden ways. We can do it like the company did here, kind of nickel and diming the people one at a time,

day after day, week after week, month after month, and year after year, cheating the people that are coming to them just a little bit at a time, just a little bit here and there, but every day cheating people. And by doing that, reaping greater profits, and depriving profits to the people who were working hard, bringing in their hogs, trying to make scratch at a living in agriculture in Iowa.

And what happened here is this company just systematically cheated hundreds of people over a long period of time, and those people will never be fully compensated for what they lost, in part because the company systematically destroyed documents that prevents any attempt to ever identify who was victimized and to what extent, and in part because it happened for so long to so many people and so spread out that trying to determine who suffered losses and who was stolen from is almost impossible. So in many ways this is a company that engaged in criminal conduct that had a huge impact on a large number of people that is literally incalculable at this point in time for the various reasons identified.

The defendant was part of this. He wasn't a big part of it. He wasn't the person who came up with the plan. He wasn't the one who orchestrated it. He didn't

have a huge role in it. He was certainly working for people who directed him, but that's no excuse. Taking orders is not an excuse for engaging in criminal conduct. There are people who may observe criminal conduct in their employment and do nothing about it, and then there are people that participate. And this is a case where Mr. Blue willingly participated in it. And I understand why. He -- this is a good job. He had it for many years. He wanted to keep it. He wanted to keep the benefits from the job.

He was pressured by an abusive supervisor into going along with this scheme. This is not who Mr. Blue is. It's not who he's been before. It's not who he will be in the future. But for a period of time he went along with a criminal scheme that defrauded both the government and a number of workers for a long period of time.

He didn't profit from it directly. He didn't make money off of it. He wasn't given bonuses for going along with this scheme. He did it simply to keep his job and the benefits. And so in that sense, while he was part of this, he was a cog in the criminal scheme. He wasn't a key to it, nor was he personally benefitting from it.

Turning to the defendant's history and characteristics, defendant is 60 years old. He had a good childhood by his own description and has led a good

life. Since his childhood, he graduated from high school. He's got some additional training on top of that, and it appears he's been a very hard worker for his entire life.

The defendant has some physical impairments, more than perhaps other people at his age, but generally appears to be in fairly good shape physically. His mental health is limited to situational depression, meaning this case and the consequences from it has obviously and for understandable reasons had impact on his mental health for a period of time.

I'll just say, Mr. Blue, this -- this, like everything else, will pass, and you'll get beyond this.

The defendant has absolutely no criminal history. The letters of support submitted on his behalf describe a man who has contributed to his community, contributed to his family, who is unselfish in his time and efforts on behalf of other people, and that this is not the type of conduct that, left to his own devices, Mr. Blue would even dream of getting involved in. It's unfortunate that this company created a culture that essentially infected good people like Mr. Blue into engaging in conduct that he would otherwise -- never would have engaged in anywhere else.

It's hard to have the moral strength to stand up to

people that encourage you and pressure you to engage in criminal conduct, but it's hard for everybody. And so the fact that Mr. Blue was unable to do that and went along with it is not a big mark against his character. It would be hard for anybody to go through what he did and not go along with what he did.

Taking into account all of the goals of sentencing, I find that a probationary term is appropriate here. The goals of sentencing include imposing sentences sufficiently severe to deter this defendant from doing anything like this in the future, and I don't have any doubt at all; Mr. Blue will never do something like this again. I don't have to worry about imposing a sentence to protect the community. Mr. Blue is not going to be a danger to the community. I need to impose a sentence sufficiently severe to deter other people from doing what the defendant did and to reflect the seriousness of this offense. Given Mr. Blue's role in this offense and position, I find that a probationary sentence will be sufficient punishment. Probation is a form of punishment. The Supreme Court not too long ago spoke about the fact that an imposition of probation is onerous on an individual. The defendant here will be and is now a felon and has lost certain rights as a result of that, but I find that no term of incarceration is necessary to

achieve the goals of sentencing here.

So, Mr. Blue, it is the judgment of this Court that you are hereby ordered to serve a 5-year term of probation. While on probation, you must comply with the following mandatory conditions: You must not commit another federal, state, or local crime; you must not unlawfully use or possess a controlled substance; and you must cooperate in the collection of a DNA sample as directed by your probation officer.

In addition, you must comply with the standard conditions of supervision set out in my judgment order, together with all the special conditions at paragraphs 88 through 91 of the presentence report, although I hereby suspend the mandatory drug testing condition because I find that you pose a low risk of future substance -- controlled substance abuse.

It is ordered that you must pay to the United States a special assessment of $100, which is due immediately. I also order that you pay a fine of $1,000, which is due immediately. Of this amount, 1,000 is also payable immediately. And the balance is due -- if any balance is not paid immediately, it will be paid in accordance with a payment plan I'll talk about in a moment, with all payments to be made to the United States Clerk of Court for the Northern District of Iowa.

If you still owe any portion of the financial obligations during your term of probation, you must pay it as a condition of supervision, and the United States Probation Office will pursue collection of the amount due pursuant to a payment schedule approved by me. You must notify the United States Attorney for the Northern District of Iowa within 30 days of any change of your mailing or residence address that occurs while any portion of your financial obligations remain unpaid. The interest requirement in this case is not waived. I am ordering that you report immediately to the United States Probation Office on the second floor of this building after this hearing to commence your term of probation. I believe Officer Gerst will be the one that will be assigned to you there.

Mr. Vavricek, in this case, there are no counts to be dismissed; is that correct?

MR. VAVRICEK: That is correct, Your Honor.

THE COURT: Before I advise Mr. Blue of his right to appeal, is there anything further then on behalf of the United States?

MR. VAVRICEK: No, Your Honor.

THE COURT: Officer VanderMolen?

PROBATION OFFICER: No, Your Honor. Thank you.

THE COURT: Thank you.

And Mr. Jacobsen?

MR. JACOBSEN: No, Your Honor. I will take Mr. Blue to the second floor when we conclude today.

THE COURT: Very good. Thank you.

Mr. Blue, let me talk to you then, sir, about your right to appeal. If you disagree with the sentence I've just imposed here, you have the right to appeal that sentence to a higher court. That court would be -- is called the Eighth Circuit Court of Appeals. To appeal to that court, you would have to file a written notice of appeal with the Clerk of Court for the Northern District of Iowa here in Cedar Rapids within the next 14 days. If you fail to file a written notice of appeal in the next 14 days, you give up forever your right to appeal the sentence I've just imposed. Now, if you would like to appeal but you cannot afford the services of an attorney to do so, then I would appoint an attorney to represent you on appeal at no expense to you.

Do you understand your right to appeal, sir?

THE DEFENDANT: Yes, yes.

THE COURT: Do you have any questions about anything we've done here today, sir?

THE DEFENDANT: No.

THE COURT: All right. Well, for what it's worth, Mr. Blue, at my father's funeral, I gave a eulogy,

and I said there that the depth of a man's character is measured not at the summit of success but at the nadir of failure, which is the bottom of failure, which means your character is judged really by what you do here, how you deal with a failure like this, how you come back, how you put it behind you, how you renew the life that you led before you were doing this and the kind of life you know you can lead, and that defines your character. It's when we're bound at the low that tests us. And so you have the character. You're going to come back from this. This doesn't define you. It's not who you are. So I wish you luck in the future.

Mr. Jacobsen, anything further?

MR. JACOBSEN: Nothing, Your Honor. Thank you.

THE COURT: Mr. Vavricek?

MR. VAVRICEK: No, Your Honor.

THE COURT: Thank you. That concludes this hearing.

(Proceedings concluded at 2:37 p.m.)

C E R T I F I C A T E

I, Patrice A. Murray, a Certified Shorthand Reporter of the State of Iowa, do hereby certify that at the time and place heretofore indicated, a hearing was held before the Honorable C.J. Williams; that I reported in shorthand and transcribed to the best of my ability the proceedings of said hearing; and that the foregoing transcript is a true record of all proceedings had on the taking of said hearing at the above time and place.

I further certify that I am not related to or employed by any of the parties to this action, and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

IN WITNESS WHEREOF, I have set my hand this 31st day of January, 2023.

/s/ Patrice A. Murray

Patrice A. Murray, CSR, RMR, FCRR
Court Reporter
PO Box 10541
Cedar Rapids, Iowa 52410

## $

**$1,000** [1] - 19:19
**$100** [2] - 2:24, 19:18
**$250,000** [1] - 2:22

## /

**/s** [1] - 23:11

## 1

**1** [3] - 1:10, 2:13, 2:21
**1,000** [1] - 19:20
**1/26/23** [1] - 1:21
**1/31/23** [1] - 1:21
**10** [2] - 5:10, 5:14
**10541** [2] - 1:24, 23:13
**111** [2] - 1:10, 1:17
**12** [2] - 5:5, 5:16
**13** [1] - 5:4
**13th** [1] - 1:17
**14** [2] - 21:12, 21:14
**16** [1] - 3:14
**17** [1] - 3:14
**18** [3] - 2:15, 9:5, 14:7
**19** [1] - 2:11
**1984** [2] - 8:8, 12:4
**1:57** [1] - 1:18

## 2

**2-level** [1] - 5:8
**2022** [1] - 2:12
**2023** [2] - 1:17, 23:10
**21** [2] - 5:21, 9:6
**22-CR-2042** [2] - 1:5, 2:4
**28** [1] - 2:12
**28th** [1] - 4:5
**29** [1] - 3:14
**2:37** [1] - 22:19
**2C1.1(a)(2)** [1] - 5:6

## 3

**3** [1] - 2:20
**30** [1] - 20:7
**31st** [1] - 23:9
**32** [1] - 3:14
**3553(a** [3] - 7:6, 7:21, 14:8
**371** [1] - 2:15
**3E1.1(a)** [1] - 5:10

## 4

**41** [1] - 5:4
**425** [1] - 1:12

## 5

**5** [2] - 2:17, 2:22
**5-year** [1] - 19:3
**50** [1] - 9:8
**51** [1] - 9:7
**52401** [2] - 1:11, 1:13
**52410** [2] - 1:24, 23:13

## 6

**6** [1] - 5:15
**60** [2] - 8:10, 16:24
**61** [1] - 8:16
**68** [1] - 9:4
**69** [1] - 9:6

## 7

**70** [1] - 8:11
**71** [1] - 8:12
**72** [1] - 8:12
**74** [1] - 9:9

## 8

**8** [1] - 3:14
**803** [1] - 1:12
**88** [1] - 19:12

## 9

**91** [1] - 19:13

## A

**abiding** [1] - 13:14
**ability** [2] - 9:21, 23:4
**able** [1] - 4:20
**absolute** [1] - 10:17
**absolutely** [2] - 9:6, 17:14
**abuse** [1] - 19:16
**abusive** [1] - 16:11
**acceptance** [1] - 5:9
**accordance** [1] - 19:22
**account** [2] - 10:25, 18:7
**accountable** [1] - 7:14
**accurate** [1] - 4:3
**achieve** [2] - 14:6, 19:1
**acknowledge** [1] - 12:1
**action** [2] - 23:7, 23:8
**actions** [5] - 9:22, 9:24, 11:14, 13:25, 14:3
**addition** [1] - 19:10
**additional** [1] - 17:2
**address** [3] - 6:21, 9:3, 20:8
**addressed** [1] - 9:2
**adopted** [1] - 14:14
**advantage** [2] - 11:22, 14:19
**advise** [1] - 20:19
**advisory** [3] - 3:5, 5:2, 5:15
**afford** [1] - 21:16
**afraid** [1] - 6:11
**age** [1] - 17:6
**ages** [1] - 9:5
**ago** [1] - 18:21
**agree** [1] - 6:2
**agriculture** [1] - 15:7
**alcohol** [1] - 9:4
**allow** [1] - 12:10
**almost** [1] - 15:18
**alone** [1] - 12:9
**altering** [1] - 7:24
**amendments** [1] - 4:8
**amends** [2] - 12:23, 14:3
**AMERICA** [1] - 1:3
**America** [1] - 2:3
**amount** [2] - 19:20, 20:4
**answer** [1] - 4:20
**apologies** [1] - 13:25
**appeal** [10] - 20:20, 21:6, 21:7, 21:9, 21:11, 21:13, 21:14, 21:16, 21:18, 21:19
**Appeals** [1] - 21:9
**APPEARANCES** [1] - 1:9
**appeared** [2] - 1:11, 1:13
**appoint** [1] - 21:17
**appointments** [1] - 13:3
**appreciate** [1] - 11:18
**appreciation** [1] - 13:11
**appropriate** [3] - 6:24, 9:20, 18:8
**approved** [1] - 20:5
**arrived** [1] - 12:25
**arriving** [1] - 14:5
**aspects** [1] - 9:17
**assessed** [1] - 5:5
**assessment** [2] - 2:23, 19:18
**assigned** [1] - 20:15
**assist** [1] - 4:1
**Assistant** [1] - 2:5
**attempt** [1] - 15:14
**Attorney** [2] - 2:6, 20:6
**ATTORNEY** [1] - 1:10
**attorney** [5] - 1:12, 2:7, 21:16, 21:17, 23:8
**Attorney's** [1] - 1:10
**authored** [1] - 2:9
**Avenue** [2] - 1:10, 1:17
**awarded** [1] - 5:8

## B

**balance** [2] - 19:21
**base** [1] - 5:5
**bear** [1] - 8:19
**bears** [1] - 9:23
**BEFORE** [1] - 1:16
**began** [2] - 8:7, 14:19
**begins** [1] - 5:4
**behalf** [9] - 1:11, 1:13, 2:25, 3:9, 11:10, 11:11, 17:15, 17:18, 20:20
**behind** [1] - 22:6
**believes** [1] - 6:24
**benefit** [1] - 12:13
**benefits** [2] - 16:10, 16:20
**benefitting** [1] - 16:22
**best** [4] - 7:11, 12:22, 13:8, 23:4
**better** [1] - 12:8
**between** [1] - 9:5
**beyond** [1] - 17:13
**big** [4] - 12:6, 12:16, 15:23, 18:4
**bit** [2] - 15:3
**Blue** [22] - 2:3, 3:9, 3:19, 4:12, 4:14, 6:25, 10:18, 10:23, 14:4, 16:7, 16:12, 17:12, 17:19, 17:22, 18:3, 18:12, 18:14, 19:2, 20:19, 21:3, 21:5, 21:25
**BLUE** [1] - 1:6
**Blue's** [2] - 7:25, 18:18
**bonuses** [3] - 8:5, 12:12, 16:18
**bottom** [1] - 22:3
**bound** [1] - 22:9
**Box** [3] - 1:10, 1:24, 23:13
**brief** [2] - 3:21, 7:5
**bringing** [1] - 15:6
**building** [1] - 20:12

## C

**C.J** [2] - 1:16, 23:3
**calculation** [3] - 3:5, 5:2, 5:3
**called** [1] - 21:9
**cannot** [4] - 11:25, 12:9, 12:20, 21:16
**care** [1] - 10:3
**cares** [3] - 8:21, 10:15
**case** [7] - 2:3, 5:20, 7:5, 16:6, 17:9, 20:10, 20:16
**cases** [3] - 10:4, 12:9
**category** [2] - 5:13, 5:14
**Cedar** [6] - 1:10, 1:12, 1:18, 1:24, 21:12, 23:13
**certain** [2] - 7:10, 18:24
**certainly** [6] - 9:23, 10:1, 10:8, 13:9, 14:15, 16:1
**Certified** [2] - 1:19, 23:2
**certify** [2] - 23:2, 23:6
**change** [2] - 12:20, 20:7
**character** [6] - 8:19, 18:4, 22:1, 22:4, 22:8, 22:10
**characteristics** [2] - 8:9,

16:24
**charging** [1] - 2:13
**Charlie** [1] - 8:4
**cheat** [1] - 14:23
**cheated** [1] - 15:10
**cheating** [4] - 14:14, 14:18, 15:2, 15:4
**childhood** [2] - 16:25, 17:1
**choice** [1] - 12:19
**choose** [1] - 11:2
**Circuit** [1] - 21:9
**clarifications** [3] - 3:16, 3:18, 4:7
**classification** [1] - 7:24
**Clerk** [2] - 19:24, 21:11
**client** [12] - 3:10, 3:22, 4:5, 7:23, 8:3, 8:5, 8:6, 8:9, 9:1, 9:10, 10:1, 10:6
**Code** [2] - 2:15, 14:8
**cog** [1] - 16:21
**collection** [2] - 19:8, 20:4
**coming** [1] - 15:2
**comings** [1] - 13:2
**commence** [1] - 20:13
**commencing** [1] - 1:18
**commentary** [1] - 4:9
**comments** [1] - 14:9
**commit** [1] - 19:5
**community** [6] - 8:21, 12:23, 13:6, 17:16, 18:14, 18:15
**company** [9] - 7:9, 14:11, 14:18, 14:20, 14:24, 15:9, 15:13, 15:18, 17:21
**compensated** [1] - 15:12
**complete** [1] - 4:3
**Completed** [1] - 1:21
**compliance** [2] - 9:12, 9:17
**compliant** [1] - 10:20
**comply** [2] - 19:4, 19:10
**compromised** [1] - 12:10
**conclude** [1] - 21:3
**concluded** [1] - 22:19
**concludes** [1] - 22:17
**condition** [2] - 19:14, 20:3
**conditions** [3] - 19:5, 19:11, 19:12
**conduct** [8] - 3:16, 14:10, 15:19, 16:3, 16:4, 17:19, 17:22, 18:2
**conducted** [1] - 4:3
**consequences** [1] - 17:9
**consider** [1] - 7:21
**consideration** [1] - 7:22
**considered** [1] - 14:7
**conspiracy** [2] - 2:14, 7:23
**content** [1] - 4:2
**contested** [2] - 6:7, 6:20
**continue** [1] - 13:13
**continued** [1] - 8:6
**continues** [1] - 9:3
**contributed** [2] - 17:16
**contributing** [1] - 14:16
**controlled** [2] - 19:7, 19:16
**conversations** [1] - 10:11
**cooperate** [1] - 19:8
**copy** [2] - 4:6, 4:11
**correct** [3] - 3:20, 20:17, 20:18
**corrections** [1] - 3:17
**counsel** [1] - 23:8
**Count** [1] - 2:12
**count** [1] - 2:13
**counts** [1] - 20:16
**course** [2] - 5:18, 11:1
**Court** [24] - 1:23, 2:2, 2:19, 2:21, 2:22, 2:23, 4:3, 4:9, 6:7, 6:17, 6:21, 7:8, 7:15, 8:17, 9:13, 10:18, 12:2, 13:7, 18:21, 19:2, 19:24, 21:9, 21:11, 23:12
**COURT** [26] - 1:1, 2:2, 3:4, 3:8, 3:13, 3:21, 4:13, 4:17, 4:20, 4:23, 5:1, 6:2, 6:5, 6:20, 7:17, 10:22, 11:8, 14:4, 20:19, 20:23, 20:25, 21:4, 21:21, 21:24, 22:15, 22:17
**court** [6] - 2:1, 6:12, 6:19, 21:8, 21:10
**court's** [1] - 2:11
**courtroom** [2] - 6:12, 6:14
**created** [1] - 17:21
**creation** [1] - 13:13
**crime** [2] - 2:16, 19:6
**criminal** [14] - 2:13, 5:11, 5:12, 5:13, 5:14, 9:7, 15:19, 16:3, 16:4, 16:15, 16:21, 17:14, 18:2
**CSR** [2] - 1:23, 23:12
**culture** [3] - 14:13, 14:18, 17:21

**D**

**danger** [1] - 18:15
**data** [1] - 8:1
**days** [3] - 20:7, 21:12, 21:14
**deal** [2] - 12:2, 22:5
**debts** [1] - 9:10
**decide** [1] - 6:8
**Defendant** [2] - 1:7, 1:13
**DEFENDANT** [8] - 4:16, 4:19, 4:22, 4:25, 11:6, 11:9, 21:20, 21:23
**defendant** [16] - 2:6, 2:12, 2:18, 3:13, 5:5, 5:7, 5:11, 7:7, 7:9, 15:23, 16:24, 17:5, 17:14, 18:10, 18:17, 18:23
**defendant's** [1] - 16:23
**defense** [2] - 2:7, 5:22
**defer** [1] - 7:7
**define** [1] - 22:11
**defines** [1] - 22:8
**defraud** [3] - 2:14, 7:11, 7:23
**defrauded** [1] - 16:15
**Demaray** [2] - 8:4, 14:15
**DENNIS** [1] - 1:12
**deny** [1] - 11:25
**depression** [1] - 17:8
**depriving** [1] - 15:5
**depth** [1] - 22:1
**describe** [1] - 17:15
**description** [1] - 16:25
**descriptions** [1] - 8:22
**deserving** [1] - 9:21
**destroyed** [1] - 15:13
**detail** [1] - 5:18
**deter** [2] - 18:10, 18:16
**determine** [1] - 15:17
**determined** [1] - 5:3
**determining** [1] - 11:1
**developed** [1] - 14:13
**development** [1] - 14:17
**devices** [1] - 17:19
**differing** [1] - 10:4
**diming** [1] - 14:25
**directed** [3] - 13:1, 16:2, 19:9
**directives** [1] - 10:20
**directly** [2] - 10:24, 16:17
**disagree** [1] - 21:6
**discount** [1] - 9:23
**discuss** [1] - 4:18
**discussed** [1] - 8:16
**discussing** [1] - 4:7
**dismissed** [1] - 20:17
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 19:25, 20:7, 21:11
**DNA** [1] - 19:8
**doctor's** [1] - 13:3
**document** [2] - 2:10, 5:20
**documents** [2] - 5:24, 15:13
**done** [4] - 11:13, 11:18, 13:1, 21:22
**doorstep** [1] - 12:25
**doubt** [1] - 18:12
**down** [1] - 13:8
**draft** [1] - 4:6
**drafting** [1] - 4:1
**dramatic** [1] - 10:5
**dream** [1] - 17:20
**drug** [2] - 9:5, 19:14
**due** [5] - 11:7, 19:18, 19:19, 19:21, 20:4
**dumb** [1] - 12:19
**during** [4] - 9:2, 9:3, 9:16, 20:2

**E**

**earned** [1] - 9:21
**education** [2] - 8:10, 8:11
**efforts** [1] - 17:17
**Eighth** [1] - 21:9
**employed** [3] - 9:9, 23:7, 23:8
**employee** [1] - 23:7
**employment** [1] - 16:5
**encourage** [1] - 18:1
**engage** [1] - 18:1
**engaged** [3] - 9:24, 15:19, 17:23
**engaging** [2] - 16:3, 17:22
**enjoyed** [1] - 10:11
**ensure** [1] - 12:7
**entire** [2] - 9:16, 17:4
**entry** [2] - 4:10, 8:1
**essentially** [1] - 17:21
**eulogy** [1] - 21:25
**evaluation** [1] - 7:6
**excellent** [1] - 9:11
**except** [1] - 6:12
**excuse** [2] - 16:2, 16:3
**exhibits** [1] - 5:24
**expects** [1] - 9:13
**expense** [1] - 21:18
**extent** [2] - 7:10, 15:15

**F**

**fact** [2] - 18:3, 18:22
**factor** [2] - 14:16, 14:17
**factors** [3] - 7:6, 7:21, 14:7
**fail** [1] - 21:13
**failure** [3] - 22:3, 22:5
**fair** [2] - 3:1, 3:10
**fairly** [1] - 17:7
**faith** [1] - 10:17
**family** [8] - 8:21, 8:22, 10:2, 10:15, 11:10, 12:23, 13:16, 17:17
**father's** [1] - 21:25
**FCRR** [2] - 1:23, 23:12
**federal** [1] - 19:6
**felon** [2] - 10:7, 18:24
**figuring** [1] - 8:1
**file** [3] - 2:11, 21:10, 21:13
**filed** [5] - 2:10, 4:6, 4:8, 5:19, 6:4
**final** [2] - 4:10, 7:22
**financial** [3] - 8:5, 20:1, 20:9
**financially** [1] - 23:8
**find** [5] - 14:22, 18:8, 18:19, 18:25, 19:15
**fine** [2] - 2:22, 19:19
**first** [4] - 5:1, 6:23, 7:3, 14:10
**floor** [2] - 20:12, 21:3
**floors** [1] - 8:8
**folks** [5] - 8:17, 9:13, 9:25, 10:6, 13:2
**following** [3] - 2:1, 6:19,

19:5
**food** [1] - 14:1
**FOR** [1] - 1:1
**foregoing** [1] - 23:4
**forever** [2] - 11:15, 21:14
**forget** [1] - 13:12
**forgiveness** [1] - 13:22
**form** [1] - 18:20
**forth** [1] - 8:2
**forward** [3] - 10:9, 12:22, 13:22
**fraudulent** [1] - 14:17
**freedom** [1] - 13:12
**friends** [3] - 11:10, 12:24, 13:17
**full** [2] - 3:1, 3:10
**fully** [1] - 15:11
**funeral** [1] - 21:25
**future** [5] - 11:13, 16:14, 18:11, 19:15, 22:12

## G

**gain** [1] - 8:6
**generally** [1] - 17:6
**genuinely** [1] - 10:11
**Gerst** [1] - 20:14
**get** [3] - 12:12, 12:13, 17:13
**getting** [1] - 17:20
**give** [1] - 21:14
**given** [5] - 9:14, 10:12, 13:6, 16:18, 18:18
**gives** [1] - 5:10
**goals** [4] - 14:6, 18:7, 18:9, 19:1
**goings** [1] - 13:2
**government** [5] - 3:4, 6:23, 7:5, 13:7, 16:15
**graduated** [1] - 17:1
**grateful** [1] - 11:16
**gratitude** [1] - 13:18
**great** [1] - 8:15
**greater** [3] - 13:11, 14:6, 15:5
**grown** [1] - 13:10
**grunt** [1] - 12:4
**guideline** [4] - 5:6, 5:9, 5:15, 6:21
**guidelines** [2] - 3:5, 5:2
**guilty** [2] - 2:12, 5:7
**guy** [1] - 12:14

## H

**hand** [1] - 23:9
**happened** [2] - 15:9, 15:15
**happy** [1] - 7:3
**hard** [8] - 8:20, 11:22, 14:22, 15:6, 17:3, 17:25, 18:2, 18:5
**hard-working** [1] - 8:20
**health** [4] - 13:3, 13:4, 17:8, 17:11
**hear** [4] - 6:23, 6:25, 7:3
**HEARING** [1] - 1:15
**hearing** [10] - 2:5, 5:17, 5:25, 6:6, 10:23, 20:13, 22:18, 23:3, 23:4, 23:5
**heart** [2] - 10:10, 13:20
**heavy** [2] - 10:2
**held** [4] - 2:1, 6:19, 7:14, 23:3
**HELD** [1] - 1:16
**help** [2] - 8:24, 11:13
**helped** [1] - 11:19
**hereby** [3] - 19:3, 19:13, 23:2
**hereto** [1] - 23:8
**heretofore** [1] - 23:3
**hidden** [1] - 14:24
**high** [2] - 8:10, 17:1
**higher** [1] - 21:8
**historical** [1] - 9:22
**history** [12] - 5:11, 5:12, 5:13, 5:14, 8:9, 9:1, 9:7, 14:12, 14:13, 16:23, 17:14
**hogs** [3] - 7:25, 8:2, 15:6
**hold** [2] - 10:7, 11:3
**HON** [1] - 1:16
**Honor** [25] - 3:3, 3:7, 3:12, 3:20, 3:23, 4:16, 6:1, 6:3, 7:4, 7:19, 9:19, 10:10, 10:16, 10:21, 11:6, 11:20, 12:3, 12:14, 13:19, 20:18, 20:22, 20:24, 21:2, 22:14, 22:16
**Honorable** [1] - 23:3
**hours** [1] - 11:22
**huge** [3] - 14:15, 15:19, 16:1
**humble** [1] - 13:18
**hundreds** [1] - 15:10

## I

**idea** [2] - 10:13, 12:17
**identified** [2] - 5:23, 15:22
**identify** [1] - 15:14
**identity** [1] - 12:16
**illegal** [1] - 11:21
**immediately** [5] - 19:18, 19:20, 19:21, 19:22, 20:11
**impact** [2] - 15:19, 17:10
**impactful** [1] - 10:1
**impairments** [1] - 17:5
**impose** [5] - 2:21, 2:22, 2:23, 7:2, 18:15
**imposed** [3] - 6:22, 21:7, 21:15
**imposing** [2] - 18:9, 18:13
**imposition** [1] - 18:22
**impossible** [1] - 15:18
**imprisonment** [1] - 5:15
**IN** [2] - 1:1, 23:9
**incalculable** [1] - 15:21
**incarceration** [1] - 18:25
**include** [1] - 18:9
**incredible** [1] - 13:17
**indefensible** [1] - 12:17
**indicate** [1] - 9:22
**indicated** [1] - 23:3
**indicates** [1] - 8:3
**individual** [1] - 18:23
**infected** [1] - 17:21
**information** [1] - 2:13
**infractions** [1] - 9:8
**infringe** [1] - 10:8
**interest** [1] - 20:10
**interested** [1] - 23:8
**interview** [1] - 4:4
**inventory** [1] - 7:24
**investigation** [2] - 2:10, 5:18
**invite** [1] - 6:14
**involved** [1] - 17:20
**involvement** [1] - 12:1
**IOWA** [1] - 1:1
**Iowa** [13] - 1:11, 1:13, 1:18, 1:24, 8:13, 12:15, 12:16, 15:8, 19:25, 20:7, 21:12, 23:2, 23:13
**issues** [2] - 6:7, 6:21

## J

**JACOBSEN** [8] - 1:12, 3:12, 3:20, 3:23, 6:3, 7:19, 21:2, 22:14
**Jacobsen** [10] - 1:12, 2:8, 3:9, 4:13, 4:18, 6:2, 6:25, 7:18, 21:1, 22:13
**January** [2] - 1:17, 23:10
**job** [8] - 8:7, 12:13, 12:18, 14:21, 16:8, 16:10, 16:19
**jobs** [1] - 12:5
**John** [1] - 2:8
**JOHN** [1] - 1:12
**Johnson** [1] - 1:12
**judged** [1] - 22:4
**judgment** [2] - 19:2, 19:11
**July** [1] - 2:12
**jury** [1] - 10:8

## K

**keep** [6] - 12:13, 12:18, 16:9, 16:19
**kept** [1] - 13:1
**key** [1] - 16:22
**kind** [3] - 14:20, 14:25, 22:7
**kinds** [1] - 12:5

## L

**large** [1] - 15:20
**larger** [1] - 10:4
**last** [1] - 4:5
**lauded** [1] - 8:24
**law** [2] - 9:8, 13:14
**law-abiding** [1] - 13:14
**lawful** [1] - 10:14
**lawfully** [1] - 12:22
**LAWRENCE** [1] - 1:10
**lead** [1] - 22:8
**leadership** [1] - 7:12
**leave** [1] - 6:12
**led** [3] - 11:14, 16:25, 22:6
**left** [1] - 17:19
**Leland** [1] - 2:3
**LELAND** [1] - 1:6
**lesson** [1] - 13:12
**letters** [6] - 5:21, 6:4, 8:18, 8:25, 11:11, 17:15
**level** [3] - 5:5, 5:10, 5:14
**life** [11] - 10:5, 11:25, 12:6, 12:22, 13:9, 13:11, 13:14, 17:1, 17:4, 22:6, 22:7
**lifelong** [1] - 8:12
**limited** [2] - 9:4, 17:8
**listen** [1] - 13:19
**literally** [1] - 15:20
**live** [2] - 12:15, 12:21
**livestock** [1] - 7:11
**Livestock** [3] - 8:7, 12:3, 12:5
**living** [1] - 15:7
**loads** [1] - 8:1
**local** [1] - 19:6
**look** [1] - 7:20
**loop** [1] - 13:2
**loss** [1] - 11:24
**losses** [1] - 15:17
**lost** [3] - 10:7, 15:12, 18:24
**love** [6] - 11:15, 11:17, 11:24, 13:11, 13:18
**loves** [1] - 8:20
**low** [2] - 19:15, 22:9
**luck** [1] - 22:12
**Lynch** [6] - 8:4, 8:7, 12:3, 12:5, 12:8, 12:15

## M

**machine** [1] - 1:20
**made** [4] - 6:17, 11:23, 13:4, 19:24
**mailing** [1] - 20:8
**maintain** [1] - 8:7
**make** [7] - 3:21, 4:8, 12:19, 12:23, 14:3, 15:7, 16:17
**man** [1] - 17:16

**man's** [1] - 22:1
**management** [1] - 7:13
**manager** [1] - 7:9
**mandatory** [3] - 2:23, 19:5, 19:14
**manner** [1] - 13:23
**marijuana** [1] - 9:6
**mark** [2] - 9:25, 18:4
**married** [1] - 8:13
**matter** [4] - 2:2, 2:4, 6:8, 6:13
**meaning** [1] - 17:9
**means** [4] - 6:11, 11:8, 11:12, 22:3
**measured** [1] - 22:2
**medical** [2] - 9:1, 9:2
**member** [1] - 7:13
**mental** [2] - 17:8, 17:11
**mention** [1] - 14:9
**met** [2] - 3:25, 13:1
**moment** [2] - 13:19, 19:23
**moments** [1] - 9:13
**money** [3] - 11:24, 14:1, 16:18
**month** [2] - 15:1
**months** [1] - 5:16
**moral** [1] - 17:25
**morals** [1] - 12:10
**moves** [1] - 10:9
**moving** [1] - 13:22
**MR** [14] - 3:3, 3:7, 3:12, 3:20, 3:23, 6:1, 6:3, 7:4, 7:19, 20:18, 20:22, 21:2, 22:14, 22:16
**Murray** [5] - 1:19, 1:23, 23:2, 23:11, 23:12
**must** [9] - 2:23, 19:4, 19:5, 19:6, 19:8, 19:10, 19:17, 20:2, 20:5

**N**

**nadir** [1] - 22:2
**name** [1] - 9:25
**narrative** [1] - 3:17
**Nathan** [1] - 2:9
**necessary** [2] - 14:6, 18:25
**need** [2] - 6:8, 18:15
**needed** [1] - 12:18
**needs** [2] - 6:21, 9:2
**nerves** [1] - 11:7
**never** [4] - 13:12, 15:11, 17:23, 18:12
**next** [2] - 21:12, 21:13
**nickel** [1] - 14:25
**Northeast** [2] - 8:13, 12:15
**Northern** [3] - 19:25, 20:6, 21:11
**NORTHERN** [1] - 1:1
**notations** [2] - 4:8, 4:9
**note** [2] - 8:4, 8:14
**noted** [3] - 3:13, 4:10, 8:24
**nothing** [2] - 16:5, 22:14
**notice** [2] - 21:10, 21:13
**notify** [1] - 20:6
**noting** [1] - 6:4
**nuclear** [1] - 8:22
**number** [6] - 2:4, 2:11, 5:21, 10:12, 15:20, 16:16

**O**

**objections** [4] - 3:5, 3:14, 3:18, 4:9
**obligations** [2] - 20:2, 20:9
**observe** [1] - 16:4
**obviously** [1] - 17:10
**occurs** [1] - 20:8
**OF** [2] - 1:1, 1:3
**offense** [9] - 3:15, 5:5, 5:7, 5:10, 5:14, 7:13, 14:10, 18:18
**office** [5] - 3:25, 5:3, 5:4, 5:8, 10:7
**Office** [3] - 1:10, 20:4, 20:12
**officer** [2] - 6:10, 19:9
**Officer** [3] - 2:9, 20:14, 20:23
**OFFICER** [1] - 20:24
**old** [2] - 9:6, 16:24
**one** [7] - 2:13, 5:20, 8:14, 13:15, 14:25, 15:25, 20:14
**one-count** [1] - 2:13
**onerous** [1] - 18:22
**ongoing** [1] - 9:1
**open** [2] - 2:1, 6:19
**opportunity** [8] - 3:1, 3:10, 4:14, 9:15, 10:16, 10:24, 13:6, 13:13
**option** [2] - 2:20, 9:21
**orchestrated** [1] - 15:25
**order** [2] - 19:11, 19:19
**Ordered** [1] - 1:21
**ordered** [2] - 19:3, 19:17
**ordering** [1] - 20:11
**orders** [1] - 16:3
**organization** [1] - 8:1
**otherwise** [1] - 17:23
**owe** [2] - 13:18, 20:1
**own** [5] - 4:15, 8:22, 13:12, 16:25, 17:19

**P**

**p.m** [2] - 1:18, 22:19
**packets** [1] - 3:24
**page** [1] - 5:4
**paid** [2] - 19:22
**PAMurrayReporting@gmail.com** [1] - 1:25
**paragraph** [7] - 5:4, 8:10, 8:16, 9:4, 9:6, 9:7, 9:9
**paragraphs** [3] - 3:14, 8:12, 19:12
**parents** [1] - 10:15
**parole** [1] - 2:17
**part** [10] - 12:6, 12:12, 12:16, 13:24, 15:12, 15:15, 15:23, 15:24, 16:20
**participate** [1] - 16:6
**participated** [3] - 4:4, 7:10, 16:7
**participating** [2] - 2:8, 6:10
**participation** [1] - 9:11
**parties** [5] - 5:20, 6:9, 6:13, 23:7, 23:8
**pass** [1] - 17:13
**past** [2] - 11:13, 12:20
**Patrice** [5] - 1:19, 1:23, 23:2, 23:11, 23:12
**pay** [4] - 14:1, 19:17, 19:19, 20:2
**payable** [1] - 19:20
**payment** [2] - 19:23, 20:5
**payments** [1] - 19:24
**pays** [1] - 9:10
**people** [21] - 11:21, 11:23, 12:11, 14:14, 14:23, 14:25, 15:2, 15:4, 15:6, 15:10, 15:11, 15:16, 15:20, 16:2, 16:4, 16:6, 17:6, 17:18, 17:22, 18:1, 18:16
**perhaps** [2] - 14:18, 17:6
**period** [5] - 9:3, 15:11, 16:14, 16:16, 17:11
**person** [6] - 8:20, 9:20, 10:11, 13:8, 13:21, 15:24
**personally** [2] - 2:7, 16:22
**personnel** [1] - 6:12
**pertinent** [1] - 5:24
**Pete** [7] - 3:25, 8:14, 8:18, 8:23, 9:15, 10:12, 10:18
**phone** [2] - 6:10, 10:12
**physical** [1] - 17:5
**physically** [1] - 17:7
**place** [3] - 2:19, 23:3, 23:5
**Plaintiff** [1] - 1:4
**plan** [2] - 15:25, 19:23
**plea** [1] - 12:2
**pleadings** [2] - 5:19, 5:24
**pled** [2] - 2:12, 5:7
**plethora** [1] - 8:17
**PO** [2] - 1:24, 23:13
**pocket** [1] - 14:1
**point** [3] - 14:11, 14:13, 15:21
**points** [2] - 5:11, 5:12
**portion** [3] - 7:25, 20:1, 20:9
**portions** [2] - 3:15, 3:17
**portray** [1] - 12:9
**pose** [1] - 19:15
**position** [1] - 18:19
**positive** [1] - 13:23
**possess** [1] - 19:7
**possibility** [1] - 2:17
**possible** [1] - 4:1
**post** [1] - 8:11
**potentially** [1] - 9:5
**power** [1] - 12:7
**practice** [1] - 14:14
**preparation** [2] - 5:17, 6:6
**present** [2] - 2:7, 13:5
**presentence** [10] - 2:10, 3:2, 3:15, 3:19, 4:10, 4:24, 5:18, 7:22, 8:3, 19:13
**pressure** [1] - 18:1
**pressured** [1] - 16:11
**pretrial** [2] - 9:3, 9:14
**pretty** [1] - 14:21
**prevents** [1] - 15:13
**prison** [2] - 2:17, 2:18
**Probation** [3] - 2:9, 20:4, 20:12
**probation** [21] - 2:20, 2:21, 3:25, 5:3, 5:4, 5:8, 6:10, 7:7, 7:8, 7:20, 9:19, 9:22, 10:19, 13:1, 18:20, 18:22, 19:4, 19:9, 20:2, 20:13
**PROBATION** [1] - 20:24
**probationary** [2] - 18:8, 18:19
**proceedings** [3] - 2:1, 23:4, 23:5
**Proceedings** [1] - 22:19
**producers** [1] - 7:11
**profit** [1] - 16:17
**profits** [2] - 15:5
**promise** [1] - 12:21
**protect** [1] - 18:14
**prove** [1] - 13:22
**provided** [4] - 3:24, 4:2, 4:5, 4:11
**public** [1] - 10:7
**punishable** [1] - 2:16
**punishment** [2] - 18:20, 18:21
**purposes** [3] - 10:14
**pursuant** [1] - 20:5
**pursue** [1] - 20:4
**put** [2] - 14:1, 22:6

**Q**

**questions** [4] - 4:21, 4:23, 7:15, 21:21

**R**

**range** [1] - 5:15
**Rapids** [6] - 1:10, 1:13, 1:18, 1:24, 21:12, 23:13


*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*

**reality** [1] - 14:21
**really** [2] - 7:25, 22:4
**reaping** [1] - 15:5
**reason** [1] - 14:11
**reasons** [2] - 15:22, 17:10
**recognizing** [1] - 14:20
**recommendation** [1] - 7:16
**recommendations** [1] - 10:20
**record** [4] - 3:21, 6:9, 6:17, 23:5
**reduction** [1] - 5:8
**reflect** [1] - 18:17
**regarding** [1] - 6:23
**related** [1] - 23:6
**relationship** [1] - 8:15
**relative** [1] - 23:7
**release** [1] - 2:19
**relevant** [1] - 5:23
**remain** [2] - 11:7, 20:9
**remained** [1] - 9:16
**remains** [1] - 5:13
**renew** [1] - 22:6
**repeated** [1] - 13:15
**report** [19] - 2:10, 3:2, 3:6, 3:11, 3:15, 3:19, 3:22, 4:6, 4:7, 4:10, 4:15, 4:18, 4:21, 4:24, 5:19, 7:22, 8:3, 19:13, 20:11
**reported** [3] - 1:19, 8:3, 23:3
**Reporter** [4] - 1:20, 1:23, 23:2, 23:12
**reports** [1] - 4:2
**represent** [1] - 21:17
**represented** [2] - 2:5, 2:7
**request** [2] - 7:6, 7:20
**requested** [1] - 13:1
**requirement** [1] - 20:10
**requirements** [1] - 9:18
**residence** [1] - 20:8
**resident** [1] - 8:12
**respects** [1] - 10:13
**responsibility** [1] - 5:9
**rest** [1] - 11:25
**result** [1] - 18:24
**retirement** [1] - 9:11
**review** [2] - 3:1, 3:10
**reviewed** [3] - 5:17, 5:19, 6:5
**rights** [1] - 18:24
**risk** [1] - 19:15
**RMR** [2] - 1:23, 23:12
**role** [3] - 7:12, 16:1, 18:18

## S

**S.E** [3] - 1:10, 1:12, 1:18
**sacrifices** [1] - 11:23
**sample** [1] - 19:8
**save** [1] - 12:19
**saves** [1] - 9:10
**schedule** [1] - 20:5
**scheme** [5] - 7:10, 16:12, 16:15, 16:19, 16:21
**school** [3] - 8:10, 12:14, 17:2
**scored** [1] - 5:12
**scratch** [1] - 15:7
**screw** [1] - 13:15
**sealed** [2] - 6:9, 6:17
**seated** [1] - 11:7
**Second** [1] - 1:12
**second** [2] - 20:12, 21:3
**secondary** [1] - 8:11
**section** [3] - 3:16, 5:6, 5:9
**Section** [2] - 2:15, 14:8
**see** [1] - 8:17
**seek** [1] - 7:20
**selfish** [1] - 13:25
**sense** [1] - 16:20
**sentence** [14] - 2:18, 6:22, 6:24, 7:2, 7:7, 7:20, 11:1, 14:5, 18:13, 18:15, 18:19, 21:6, 21:8, 21:15
**sentences** [1] - 18:9
**sentencing** [6] - 2:4, 4:11, 14:7, 18:7, 18:9, 19:1
**SENTENCING** [1] - 1:15
**September** [1] - 4:5
**serious** [1] - 7:13
**seriousness** [1] - 18:17
**serve** [2] - 10:8, 19:3
**served** [1] - 2:18
**services** [1] - 21:16
**set** [2] - 19:11, 23:9
**seven** [1] - 5:22
**Seventh** [2] - 1:10, 1:17
**severe** [2] - 18:10, 18:16
**shape** [1] - 17:7
**sheets** [1] - 7:24
**shift** [1] - 12:4
**Shorthand** [2] - 1:19, 23:2
**shorthand** [2] - 1:20, 23:4
**show** [2] - 13:4, 13:17
**simply** [2] - 13:13, 16:19
**sincere** [1] - 13:25
**situational** [1] - 17:8
**skills** [1] - 8:11
**small** [1] - 14:23
**smartest** [1] - 12:14
**soon** [1] - 6:14
**sorry** [2] - 11:21, 11:25
**sort** [2] - 8:19, 9:20
**sorts** [1] - 10:4
**soul** [1] - 13:21
**speaks** [1] - 9:15
**special** [4] - 2:23, 11:17, 19:12, 19:18
**spread** [1] - 15:16
**stand** [1] - 17:25
**standard** [2] - 10:5, 19:10
**stands** [1] - 12:8
**start** [2] - 11:9, 14:2
**started** [2] - 12:4, 14:12
**State** [1] - 23:2
**state** [1] - 19:6
**STATES** [2] - 1:1, 1:3
**States** [16] - 1:11, 2:3, 2:5, 2:6, 2:9, 2:14, 2:15, 2:25, 7:23, 14:8, 19:17, 19:24, 20:3, 20:6, 20:11, 20:21
**statute** [1] - 2:16
**stay** [1] - 13:6
**stepson** [1] - 8:16
**still** [2] - 12:6, 20:1
**stolen** [1] - 15:17
**Street** [1] - 1:12
**strength** [1] - 17:25
**struggle** [1] - 12:15
**submitted** [2] - 5:21, 17:15
**substance** [3] - 19:7, 19:15, 19:16
**succeed** [1] - 10:17
**success** [1] - 22:2
**Sue** [2] - 8:13, 11:17
**suffered** [1] - 15:17
**sufficient** [3] - 4:17, 14:5, 18:20
**sufficiently** [2] - 18:10, 18:16
**Suite** [1] - 1:12
**summit** [1] - 22:2
**supervised** [1] - 2:19
**supervision** [6] - 9:4, 9:12, 9:14, 9:17, 19:11, 20:3
**supervisor** [1] - 16:11
**supplier** [1] - 8:2
**support** [12] - 5:21, 6:4, 8:18, 8:19, 8:25, 11:12, 11:15, 11:19, 13:7, 13:17, 13:18, 17:15
**Supreme** [1] - 18:21
**surely** [1] - 3:23
**suspend** [1] - 19:14
**system** [1] - 13:7
**systematically** [2] - 15:10, 15:13

## T

**table** [1] - 14:2
**talk** [2] - 19:23, 21:5
**talked** [1] - 8:15
**telephone** [2] - 2:8, 4:4
**tell** [2] - 7:11, 10:24
**temporarily** [1] - 6:13
**term** [8] - 2:19, 2:21, 7:8, 18:8, 18:25, 19:3, 20:2, 20:13
**terrible** [1] - 12:17
**testing** [1] - 19:14
**tests** [1] - 22:9
**thanking** [1] - 11:9
**THE** [36] - 1:1, 1:1, 1:16, 2:2, 3:4, 3:8, 3:13, 3:21, 4:13, 4:16, 4:17, 4:19, 4:20, 4:22, 4:23, 4:25, 5:1, 6:2, 6:5, 6:20, 7:17, 10:22, 11:6, 11:8, 11:9, 14:4, 20:19, 20:23, 20:25, 21:4, 21:20, 21:21, 21:23, 21:24, 22:15, 22:17
**Tim** [1] - 2:6
**TIMOTHY** [1] - 1:10
**Title** [2] - 2:15, 14:7
**today** [7] - 4:23, 8:18, 11:10, 11:15, 12:21, 21:3, 21:22
**today's** [3] - 5:17, 5:24, 6:6
**together** [1] - 19:12
**took** [1] - 14:19
**top** [1] - 17:2
**total** [2] - 5:10, 5:13
**training** [1] - 17:2
**transcribed** [1] - 23:4
**Transcript** [2] - 1:21, 1:21
**transcript** [1] - 23:5
**tried** [1] - 4:1
**triggering** [1] - 14:17
**true** [1] - 23:5
**trying** [2] - 15:7, 15:16
**turn** [1] - 5:1
**turning** [2] - 14:10, 16:23
**type** [1] - 17:18

## U

**U.S** [1] - 1:10
**ultimate** [1] - 6:22
**unable** [1] - 18:3
**under** [2] - 5:6, 5:9
**understandable** [1] - 17:10
**unfortunate** [1] - 17:20
**unfortunately** [1] - 6:9
**UNITED** [2] - 1:1, 1:3
**United** [16] - 1:11, 2:3, 2:5, 2:6, 2:8, 2:14, 2:15, 2:25, 7:23, 14:8, 19:17, 19:24, 20:3, 20:6, 20:11, 20:21
**unlawful** [1] - 9:24
**unlawfully** [1] - 19:7
**unless** [1] - 7:15
**unpaid** [1] - 20:9
**unselfish** [1] - 17:17
**up** [9] - 2:16, 2:20, 2:22, 6:8, 6:13, 13:15, 15:24, 17:25, 21:14
**use** [3] - 9:4, 9:5, 19:7
**used** [1] - 10:13
**useful** [1] - 10:14
**using** [1] - 1:20

## V

**value** [1] - 13:22
**VanderMolen** [2] - 2:9, 20:23
**various** [1] - 15:21
**VAVRICEK** [8] - 1:10, 3:3, 3:7, 6:1, 7:4, 20:18, 20:22, 22:16
**Vavricek** [6] - 2:6, 2:25, 5:23, 7:3, 20:16, 22:15
**versus** [1] - 2:3
**victimized** [1] - 15:14
**violation** [1] - 2:15
**vote** [1] - 10:7
**VS** [1] - 1:5

## W

**waived** [1] - 20:10
**wanted** [3] - 12:18, 16:9
**ways** [4] - 10:19, 14:23, 14:24, 15:18
**week** [2] - 15:1
**weighs** [2] - 10:2
**weights** [1] - 7:24
**welfare** [1] - 13:4
**WHEREOF** [1] - 23:9
**Wiezorek** [1] - 1:12
**wife** [2] - 11:17, 13:16
**Williams** [1] - 23:3
**WILLIAMS** [1] - 1:16
**willingly** [2] - 10:12, 16:7
**wish** [2] - 13:10, 22:12
**wishes** [1] - 7:1
**WITNESS** [1] - 23:9
**witness** [1] - 8:19
**wondering** [1] - 12:11
**words** [2] - 14:1, 14:2
**work** [3] - 11:22, 12:7, 14:22
**worked** [2] - 12:3, 12:5
**worker** [1] - 17:3
**workers** [1] - 16:16
**working** [3] - 8:20, 15:6, 16:1
**worksheet** [1] - 4:11
**worksheets** [1] - 3:24
**worry** [1] - 18:13
**worth** [1] - 21:25
**written** [2] - 21:10, 21:13
**wronged** [1] - 13:24
**wrote** [1] - 11:11

## Y

**year** [3] - 4:5, 15:2
**years** [6] - 2:17, 2:20, 2:22, 9:6, 16:9, 16:24
**youthful** [1] - 9:7

***Contact Patrice Murray at PAMurrayReporting@gmail.com for a complete copy of the transcript.***